UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN DAVIS, ET AL., <br>     Plaintiffs, <br> v. <br> ZIMMER BIOMET INC., et al., <br>     Defendants. | Case No. 18-cv-04412-MEJ <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Roberts v. ZImmer Biomet Inc.,* 18-cv-03564-JSW.

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge